UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DONALD van der VAART, in his official capacity as Secretary of the North Carolina Department of Environmental Quality; and the NORTH CAROLINA DEPARTMENT OF ENVIRONMENTAL QUALITY,<br><br>Plaintiffs,<br><br>v.<br><br>GINA McCARTHY, in her official capacity as the Administrator of the United States Environmental Protection Agency; and the UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendants. | Case No. 5:16-cv-138-D |

## ORDER

Upon consideration of the Parties' Joint Stipulation Holding all Deadlines in Abeyance, and for good cause shown, it is HEREBY:

ORDERED that this matter be held in abeyance until September 12, 2016, at which time the parties will submit a joint status report to advise the Court of their progress in resolving this case without further litigation.

SO ORDERED this __19__ day of July 2016.

JAMES C. DEVER III
Chief United States District Judge