IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-138-D

DONALD VAN DER VAART, and )
NORTH CAROLINA DEPARTMENT )
OF ENVIRONMENTAL QUALITY, )
                                    )
            Plaintiffs     )
                                    )
v.                               )            **ORDER**
                                    )
GINA MCCARTHY, Administrator, and )
UNITED STATES ENVIRONMENTAL )
PROTECTION AGENCY, )
                                    )
            Defendants.   )

On June 3, 2016, defendants moved to dismiss the complaint. See [D.E. 12]; Fed. R. Civ. P. 12(b)(1). On June 24, 2016, plaintiffs filed a first amended complaint. See [D.E. 14]. On July 15, 2016, defendants filed an answer to the first amended complaint. See [D.E. 18].

In light of the first amended complaint and answer, defendants' motion to dismiss [D.E. 12] is DENIED as moot.

SO ORDERED. This **20** day of July 2016.

                                                                     JAMES C. DEVER III
                                                                     Chief United States District Judge