UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DONALD van der VAART, in his official capacity as Secretary of the North Carolina Department of Environmental Quality; and the NORTH CAROLINA DEPARTMENT OF ENVIRONMENTAL QUALITY,

Plaintiffs,

v.

GINA McCARTHY, in her official capacity as the Administrator of the United States Environmental Protection Agency; and the UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

Defendants.

Case No. 5:16-cv-138-D

## ORDER

Upon consideration of the Parties' Status Report and Joint Stipulation to Continue to Hold this Case in Abeyance, and for good cause shown, it is HEREBY:

ORDERED that this matter be held in abeyance until October 12, 2016, at which time the parties will submit a joint status report to advise the Court of their progress in resolving this case without further litigation.

DATED this __16__ day of __September__, 2016.

James C. Dever, III
United States District Judge