UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DONALD van der VAART, in his official capacity as Secretary of the North Carolina Department of Environmental Quality; and the NORTH CAROLINA DEPARTMENT OF ENVIRONMENTAL QUALITY,<br><br>Plaintiffs,<br><br>v.<br><br>GINA McCARTHY, in her official capacity as the Administrator of the United States Environmental Protection Agency; and the UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendants. | Case No. 5:16-cv-138-D |

## ORDER

Upon consideration of the Parties' Status Report and Joint Stipulation to Continue to Hold this Case in Abeyance, and for good cause shown, it is HEREBY:

ORDERED that this matter be held in abeyance until November 16, 2016. If the partied have not lodged with the Court a proposed consent decree that contains the terms of a proposed settlement of this action on or before November 16, 2016, the parties will submit a joint status report to advise the Court of their progress in resolving this case without further litigation.

DATED this **12** day of **October**, 2016.

_____
James C. Dever, III
United States District Judge